UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BUZZ OATES CONSTRUCTION, INC., a California corporation; ELITE READY-MIX, LLC, a California limited liability company; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; RON NURSS, INC dba BLUELINE CONSTRUCTION, a California Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:24-cv-02184 WBS AC<br><br><u>ORDER RE: MOTION TO STAY</u> |

----oo0oo----

Defendant Buzz Oates Construction, Inc. ("Buzz Oates" or "defendant") is also a defendant in an action pending in the

1

1   Sacramento County Superior Court, in which the plaintiff in that
2   case asserts twelve causes of action for breach of contract,
3   breach of warranties, negligence, indemnity, product liability,
4   and declaratory relief in connection with alleged construction
5   defects in a concrete slab which defendant entities poured for a
6   new building.  Defendants in that action have also asserted
7   various cross-complaints.  PW Fund B Development, LLC v. Buzz
8   Oates Construction, Inc., No. 34-2022-00322887 (Cal. Super. July
9   5, 2022).

10          In the present action in this court, plaintiffs
11  Travelers Indemnity Company of Connecticut and Travelers Property
12  Casualty Company of America (collectively, "Travelers") seek to
13  determine Travelers' coverage obligations as the insurer of Buzz
14  Oates and its co-defendants (Docket No. 15).  The matter is now
15  before the court on Buzz Oates' motion to stay this action
16  pending resolution of the pending state court case (Docket No.
17  12).

18          Upon consideration of the arguments on both sides, and
19  the applicable case law, the court is persuaded that it will best
20  promote the orderly course of justice to allow the state court
21  action to proceed to final resolution before resolving the
22  question of whether and to what extent Travelers may be obligated
23  to indemnify or pay for any damages awarded in that action.
24  However, the court is not persuaded that in order to protect the
25  interests of both sides it is necessary to stay progress of all
26  pretrial proceedings in this case while the state court action is
27  being litigated.

28          IT IS THEREFORE ORDERED that defendant's motion to stay

this action (Docket No. 12) be, and the same is, hereby DENIED, with the following proviso.  The court will delay deciding any and all issues relating to insurance coverage in this action until after final resolution of the underlying state court action.  Upon such resolution, the parties shall promptly notify this court.

Dated:  November 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE